IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| MAZDA MOTORS OF AMERICA, INC., and INDEMNITY INSURANCE CO. OF NORTH AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> M/V COUGAR ACE, her engines, tackle and appurtenances, *in rem*, <br><br> Defendant. | Civil Case No. 07-62-HU <br><br> ORDER |

Charles S. Jordan
Michelle Buhler
Danielson Harrigan Leyh & Tollefson
999 Third Avenue, Suite 4400
Seattle, Washington  98104

    Attorneys for Plaintiff

Page 1 - ORDER

      John D. Kimmerlein
      Philip R. Lempriere
      Keesal, Young & Logan
      1301 Fifth Avenue, Suite 1515
      Seattle, Washington  98101

           Attorneys for Defendant

KING, Judge:

    The Honorable Dennis Hubel, United States Magistrate Judge, filed Findings and Recommendation on July 5, 2007.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  Plaintiffs filed objections to the Findings and Recommendation, and defendant filed a response.

    When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report.  See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

    Having given a *de novo* review of the issues raised in the objections to the Findings and Recommendation, I find no error.

    Accordingly, I ADOPT Judge Hubel's Findings and Recommendation (#24) and I GRANT defendant's Motion to Dismiss (#6).

    Dated this    15th    day of August, 2007.

                                   /s/ Garr M. King
                                  Garr M. King
                                  United States District Judge